**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARVIN QUINN,** | : | |
| **Plaintiff** | : | **No. 1:24-cv-1856** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **LOVE'S TRAVEL STOPS &** | : | |
| **COUNTRY STORES, INC.,** | : | |
| **Defendant** | | |

**ORDER**

**AND NOW**, on this 5th day of November 2026, upon consideration of Defendant's renewed motion to compel arbitration and stay proceedings (Doc. No. 17), and the briefing and exhibits submitted in connection with the motion, and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant's renewed motion to compel arbitration and stay proceedings (Doc. No. 17) is **GRANTED**;

2. The parties are **DIRECTED** to proceed to arbitration in accordance with the terms of their arbitration agreement;

3. The parties shall file a status report, within **fourteen (14) days** of the completion of arbitration, advising the Court of the outcome and whether any further judicial proceedings are necessary; and

4. This case is **STAYED** pending further Order of the Court.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania